IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JUANITA J. LEONARD**                                                                 PLAINTIFF

VS.                         No. 3:21-cv-00261 PSH

**KILOLO KIJAKAZI, Acting Commissioner,**
    **Social Security Administration**                                         DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE